**SO ORDERED.**

TIFFANY & BOSCO
P.A.

**Dated: May 07, 2010**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Finlay Cameron Milroy, Jr. and Cynthia Anne Costes<br>    Debtors.<br>_____<br>U.S. Bank, National Association<br>    Movant,<br>vs.<br>Finlay Cameron Milroy, Jr. and Cynthia Anne Costes<br>Debtors; Robert A. MacKenzie, Trustee.<br>    Respondents. | No. 2:09-bk-33458-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #9)<br><br>Hearing Date: April 28, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 10, 2003, and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Finlay Cameron Milroy, Jr. and Cynthia Anne Costes have an interest in, further described as:

Lot 21, SONORAN HEIGHTS, according to Book 311 of Maps, page 20; and Affidavit of Correction recorded November 20,1987 in Instrument No. 87-702375, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

---

UNITED STATES BANKRUPTCY JUDGE